**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1394**

_____

ROBERT E. GREEN, SR.,

Plaintiff - Appellant,

versus

MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE
POLICE DEPARTMENT; SOD DECOY SQUAD; CARL STAM-
BAUGH, Officer, and other members of the SOD
Decoy Squad,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-00-
711-MJG)

_____

Submitted: May 31, 2000                     Decided: June 20, 2000

_____

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert E. Green, Sr., Appellant Pro Se. William Rowe Phelan, Jr.,
OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Green, Sr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court but modify the court's order to provide that the dismissal of Green's complaint is without prejudice. See Green v. Mayor and City Council of Baltimore, No. CA-00-711-MJG (D. Md. Mar. 21 & 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2